MARY MORRIS, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error

(Submitted May 19, 1879; decided May 27, 1879.)

THE only point presented for plaintiff in error was that the court erred in admitting evidence that he escaped from the jail while awaiting the action of the grand jury. An

offer of such evidence was made; the court decided it admissible, and an exception was taken, but upon objection, that the commitment must be produced, which was sustained, no material evidence was given under the offer. *Held*, that the decision could not have legally injured the prisoner; and that, therefore, the exception was not available.

*James M. Ridgway* for plaintiff in error.

*Jerry A. Wernberg* for defendant in error.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.